**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:          Mark Anthony Dickey v. The State of Texas

Appellate case number:      01-15-00835-CR

Trial court case number:      1392144

Trial court:                           180th District Court of Harris County

On May 26, 2016, we abated and remanded this case to the trial court based on the failure of appellant's appointed counsel, Kurt B. Wentz, to file a brief on appellant's behalf. On June 13, 2016, the trial court held a hearing on our abatement order. The court reporter has filed a reporter's record of the June 13, 2016 hearing. The record reflects that appellant wishes to continue to prosecute his appeal. At the end of the hearing, the trial court stated its belief that good cause does not exist to remove Kurt B. Wentz as appellant's counsel and that appellant's brief was due no later than thirty days from the date of the hearing. Accordingly, we REINSTATE this case on the Court's active docket.

**Appellant's brief is due to be filed in this Court no later than JULY 13, 2016**.

Appellee's brief, if any, is due to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                              ☑ Acting individually      ☐ Acting for the Court

Date: June 21, 2016